UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT TUCKER and ADAM SANDERS,

Plaintiffs,

-against-

BOARD OF ELECTIONS IN THE CITY OF NEW YORK; JOSE MIGUEL ARAUJO, MIGUELINA CAMILA, GINO A. MARMORATO, MICHAEL MICHEL, SIMON SHAMOUN, TIFFANY TOWNSEND, and JOHN WM. ZACCONE, in their official capacities as Commissioners of the Board of Elections in the City of New York; NEW YORK STATE ASSEMBLYMEMBER DAN QUART, in his individual capacity;

Defendants.

No. 1:20-cv-03111 (VEC)

**[PROPOSED]**
**ORDER TO SHOW CAUSE**

Upon reading the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, dated May 4, 2020, the Declaration of Robert Tucker, dated May 4, 2020, the Declaration of Adam Sanders, dated May 4, 2020, and the Declaration of Nick Bourland, dated May 4, 2020, and all the exhibits attached thereto, and all pleadings and proceedings relevant to this action,

IT IS HEREBY ORDERED that Defendants Board of Elections in the City of New York, Jose Miguel Araujo, Micuelina Camila, Gino A. Marmorato, Michael Michel, Simon Shamoun, Tiffany Townsend, John WM. Zaccone (collectively, the "NYCBOE Defendants"), and Dan Quart, shall show cause before this Court in Room ______ at 40 Foley Square, New York, NY 10007, on ____________, 2020 at ______ ___.m., why a preliminary injunction should not be issued, pursuant to Fed. R. Civ. P. 65, directing the NYCBOE Defendants to include Cameron

Koffman on the ballot for the Democratic primary election for New York State Assembly in the 73rd Assembly District, currently scheduled for June 23, 2020; and

IT IS FURTHER ORDERED that, in light of the COVID-19 pandemic, service of this Order and the papers upon which it is based, shall be made on or before the ___day of May 2020 to (a) the NYCBOE Defendants by electronic mail to servicenycboe2020@boe.nyc, attention Legal Department; and (b) Dan Quart by electronic mail to his attorney, Martin Connor, at mconnorelectionlaw@gmail.com; and (c) the New York State Attorney' General's Office by electronic mail to service@ag.ny.gov; and that said service be deemed sufficient; and

IT IS FURTHER ORDERED that Defendants shall file on ECF any response papers on or before _____________, 2020; and

IT IS FURTHER ORDERED that Plaintiffs shall file on ECF any reply papers on or before ___________, 2020.

SO ORDERED:

_________________________________
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE