USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT TUCKER and ADAM SANDERS,

                Plaintiffs,

   -against-

BOARD OF ELECTIONS IN THE CITY OF NEW YORK; JOSE MIGUEL ARAUJO, MIGUELINA CAMILA, GINO A. MARMORATO, MICHAEL MICHEL, SIMON SHAMOUN, TIFFANY TOWNSEND, and JOHN WM. ZACCONE, in their official capacities as Commissioners of the Board of Elections in the City of New York; NEW YORK STATE ASSEMBLYMEMBER DAN QUART, in his individual capacity;

                Defendants.

No. 1:20-cv-03111 (VEC)

**ORDER TO SHOW CAUSE**

Upon reading the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, dated May 4, 2020, the Declaration of Robert Tucker, dated May 4, 2020, the Declaration of Adam Sanders, dated May 4, 2020, and the Declaration of Nick Bourland, dated May 4, 2020, and all the exhibits attached thereto, and all pleadings and proceedings relevant to this action,

IT IS HEREBY ORDERED that Defendants Board of Elections in the City of New York, Jose Miguel Araujo, Micuelina Camila, Gino A. Marmorato, Michael Michel, Simon Shamoun, Tiffany Townsend, John WM. Zaccone (collectively, the "NYCBOE Defendants"), and Dan Quart, shall show cause before this Court by attending a telephonic hearing, on **May 18, 2020 at 10:00 a.m.**, why a preliminary injunction should not be issued, pursuant to Fed. R. Civ. P. 65, directing the NYCBOE Defendants to include Cameron Koffman on the ballot for the Democratic primary election for New York State Assembly in the 73rd Assembly District,

1

currently scheduled for June 23, 2020.  All parties and interested members of the public must attend the hearing by dialing 1-888-363-4749, using the access code 3121171 and the security code 3111.  While members of the public are welcome to join the call, they are directed to mute their telephones for the duration of the call.  Every participant must identify himself or herself each time they speak.

    IT IS FURTHER ORDERED that, in light of the COVID-19 pandemic, service of this Order and the papers upon which it is based, shall be made on or before the 5th day of May 2020 to (a) the NYCBOE Defendants by electronic mail to servicenycboe2020@boe.nyc, attention Legal Department; and (b) Dan Quart by electronic mail to his attorney, Martin Connor, at mconnorelectionlaw@gmail.com; and (c) the New York State Attorney' General's Office by electronic mail to service@ag.ny.gov; and that said service be deemed sufficient.

    IT IS FURTHER ORDERED that Defendants shall file on ECF any response papers on or before ____May 12____, 2020.

    IT IS FURTHER ORDERED that Plaintiffs shall file on ECF any reply papers on or before ____May 15____, 2020.

SO ORDERED:

_____  Date: 05/05/2020
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE