# EXHIBIT A

**Nick Bourland**

|  |  |
|---|---|
| **From:** | Steven H. Richman <srichman@eVote.nyc> |
| **Sent:** | Tuesday, May 5, 2020 2:02 PM |
| **To:** | Nick Bourland; Steven H. Richman |
| **Subject:** | RE: Activity in Case 1:20-cv-03111-VEC Tucker et al v. Board of Elections in the City of New York et al Order on Motion for Order to Show Cause |

Correction - testing scheduled to begin on May 18 not May 11.
Steven H. Richman

Sent from my Windows Phone

---

**From:** Nick Bourland
**Sent:** 5/5/2020 1:27 PM
**To:** Steven H. Richman
**Subject:** RE: Activity in Case 1:20-cv-03111-VEC Tucker et al v. Board of Elections in the City of New York et al Order on Motion for Order to Show Cause

Thank you for the quick reply, Mr. Richman.

Nick

Nick Bourland
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
Cell: 646-262-1394
Fax: 212-763-5001
nbourland@ecbalaw.com
www.ecbalaw.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff & Abady LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (nbourland@ecbalaw.com) immediately.

---

**From:** Steven H. Richman <srichman@boe.nyc>
**Sent:** Tuesday, May 5, 2020 1:16 PM
**To:** Nick Bourland <NBourland@ecbalaw.com>
**Cc:** *Legal Department <*LegalDepartment@boe.nyc>
**Subject:** RE: Activity in Case 1:20-cv-03111-VEC Tucker et al v. Board of Elections in the City of New York et al Order on Motion for Order to Show Cause

SK:

For your information:

Federal and Military are being printed and have to be distributed by Friday, May 8, 2020.

Absentee and Special ballots, as soon thereafter as practicable.

Testing of Early Voting and Election Day voting systems begin on May 11, 2020 using the Election Day ballots.

SHR

**Steven H. Richman**

General Counsel
OFFICE of the GENERAL COUNSEL
TEL: 212-487-5338 x2462
FAX: 212-487-5342
srichman@boe.nyc

**BOARD OF ELECTIONS IN THE CITY OF NEW YORK**
EXECUTIVE OFFICE
32 BROADWAY, 7th FLOOR
NEW YORK, NEW YORK 10004

113: This message is intended for the exclusive use of the recipient(s) named above and may contain information that is privileged and confidential. If you are not an intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication or its contents is strictly prohibited. If you have received this communication in error, please delete this message and any attachments and notify me immediately by replying to this message. Thank you.

---

**From:** Nick Bourland [mailto:NBourland@ecbalaw.com]
**Sent:** Tuesday, May 5, 2020 12:42 PM
**To:** Stephen Kitzinger <skitzing@law.nyc.gov>
**Cc:** *Legal Department <*LegalDepartment@boe.nyc>; Richard D. Emery <remery@ecbalaw.com>; Sam Shapiro <sshapiro@ecbalaw.com>; Dymond Wells <dwells@ecbalaw.com>
**Subject:** RE: Activity in Case 1:20-cv-03111-VEC Tucker et al v. Board of Elections in the City of New York et al Order on Motion for Order to Show Cause

Good afternoon Mr. Kitzinger,

Please find Plaintiffs' papers attached. In addition, given the urgency of this matter, please inform us today of the date that the Board is scheduled to print the ballots for the State Assembly District 73 primary election.

Thank you,

Nick Bourland
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
Cell: 646-262-1394
Fax: 212-763-5001
nbourland@ecbalaw.com

www.ecbalaw.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff & Abady LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (nbourland@ecbalaw.com) immediately.

---

**From:** Kitzinger, Stephen (Law) <SKitzing@law.nyc.gov>
**Sent:** Tuesday, May 5, 2020 12:21 PM
**To:** Dymond Wells <dwells@ecbalaw.com>
**Cc:** Nick Bourland <NBourland@ecbalaw.com>; Sam Shapiro <sshapiro@ecbalaw.com>; *Legal Department <*LegalDepartment@boe.nyc>; mconnorelectionlaw@gmail.com; service@ag.ny.gov
**Subject:** RE: Activity in Case 1:20-cv-03111-VEC Tucker et al v. Board of Elections in the City of New York et al Order on Motion for Order to Show Cause
**Importance:** High

Thank you for providing the BOE with notice that you were seeking an Order to Show Cause. As you didn't do so, please forward a copy of all papers filed by the plaintiffs in the above-referenced proceeding immediately.

Stephen Kitzinger
Assistant Corporation Counsel

---

**From:** Dymond Wells [mailto:dwells@ecbalaw.com]
**Sent:** Tuesday, May 05, 2020 12:13 PM
**To:** ServiceNYCBOE2020@boe.nyc; mconnorelectionlaw@gmail.com; service@ag.ny.gov
**Cc:** Nick Bourland; Sam Shapiro
**Subject:** RE: Activity in Case 1:20-cv-03111-VEC Tucker et al v. Board of Elections in the City of New York et al Order on Motion for Order to Show Cause

On behalf of attorneys for Plaintiff, please see below Order [DKT#32].

Kind Regards,
**DYMOND WELLS**
Legal Assistant l dwells@ecbalaw.com
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Ave., 10th FL, NY, NY 10020
@ Rockefeller Center
212-763-5000 l ecbalaw.com

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** May 5, 2020 11:31
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-03111-VEC Tucker et al v. Board of Elections in the City of New York et al Order on Motion for Order to Show Cause

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 5/5/2020 at 11:31 AM EDT and filed on 5/5/2020

**Case Name:** Tucker et al v. Board of Elections in the City of New York et al
**Case Number:** 1:20-cv-03111-VEC
**Filer:**
**Document Number:** 32

**ORDER TO SHOW CAUSE: granting [27] Motion for Order to Show Cause; granting [27] Motion for Preliminary Injunction. IT IS HEREBY ORDERED that Defendants Board of Elections in the City of New York, Jose Miguel Araujo, Micuelina Camila, Gino A. Marmorato, Michael Michel, Simon Shamoun, Tiffany Townsend, John WM. Zaccone (collectively, the "NYCBOE Defendants"), and Dan Quart, shall show cause before this Court by attending a telephonic hearing, on May 18, 2020 at 10:00 a.m., why a preliminary injunction should not be issued, pursuant to Fed. R. Civ. P. 65, directing the NYCBOE Defendants to include Cameron Koffman on the ballot for the Democratic primary election for New York State Assembly in the 73rd Assembly District, currently scheduled for June 23, 2020. All parties and interested members of the public must attend the hearing by dialing 1-888-363-4749, using the access code 3121171 and the security code 3111. While members of the public are welcome to join the call, they are directed to mute their telephones for the duration of the call. Every participant must identify himself or herself each time they speak. IT IS FURTHER ORDERED that, in light of the COVID-19 pandemic, service of this Order and the papers upon which it is based, shall be made on or before the 5th day of May 2020 to (a) the NYCBOE Defendants by electronic mail to servicenycboe2020@boe.nyc, attention Legal Department; and (b) Dan Quart by electronic mail to his attorney, MartinConnor, at mconnorelectionlaw@gmail.com; and (c) the New York State Attorney' General's Office by electronic mail to service@ag.ny.gov; and that said service be deemed sufficient. IT IS FURTHER ORDERED that Defendants shall file on ECF any response papers on or before may 12, 2020. IT IS FURTHER ORDERED that Plaintiffs shall file on ECF any reply papers on or before may 15, 2020. SO ORDERED. (Signed by Judge Valerie E. Caproni on 5/05/2020) (ama)**

**1:20-cv-03111-VEC Notice has been electronically mailed to:**

Richard D. Emery remery@ecbalaw.com, docketing@ecbalaw.com, jpeter@ecbalaw.com

Samuel Shapiro sshapiro@ecbalaw.com, asharda@ecbalaw.com

Nicholas Bourland nbourland@ecbalaw.com, docketing@ecbalaw.com, dwells@ecbalaw.com

**1:20-cv-03111-VEC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=5/5/2020] [FileNumber=23952360-0
] [0bf203bf670de9c843fea453157d3614c36a66863025690f8d5a25edafdd4f42aad
26e8d99ea048502b89ccb9300345736eed7574965dc98c930ee6c9c18b05d]]