**MARTIN E. CONNOR**
**Counselor at Law**
**Cell phone: 347-645-9146**
**e-mail: mconno9lectionlaw@gmail.com**

**61 Pierrepont Street, #71**
**Brooklyn, New York 11201**
**Telephone: 718-875-1010**

**119 Abrams Road**
**P.O. Box 596**
**Wells, New York 12190**
**Telephone: 518-924-7813**

**Please reply to: Wells, NY Office**

May 11, 2020

**By ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Tucker, et ano., v. Bd. of Elections in the City of NY, et al.,* No. 1:20-cv-0311

Dear Judge Caproni:

I am writing in regard to your honor's Order directing a hearing for tomorrow at 2:00 p.m. As I believe I pointed out in the previous telephone hearing in this matter, the Appellate Division, First Department, has scheduled tomorrow for argument of elections appeals.

The briefing schedule for *Quart v. Koffman* required Appellant Koffman to file his brief and the Record by noon today. I must file Quart's brief my tomorrow morning. The court will then notify counsel when they will hear argument some time in the day (presumably because they must schedule the appeals to be heard by some remote technology).

I respectfully request that the hearing scheduled for tomorrow in this action be re-scheduled to accommodate my need to argue the state appeal tomorrow.

Thank you for your consideration.

Respectfully yours,

/S/

Martin E. Connor
Attorney for Defendant Quart

Copy to all counsel via ECF