| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 05/11/2020 |

------------------------------------------------------------- X
ROBERT TUCKER and ADAM SANDERS, :
:
      -against- :
:
:
BOARD OF ELECTIONS IN THE CITY OF :
NEW YORK; JOSE MIGUEL ARAUJO, :    20-CV-3111 (VEC)
MIGUELINA CAMILA, GINO A. :
MARMORATO, MICHAEL MICHEL, SIMON :    ORDER
SHAMOUN, TIFFANY TOWNSEND, and :
JOHN WM. ZACCONE, in their official :
capacities as Commissioners of the Board of :
Elections in the City of New York; NEW YORK :
STATE ASSEMBLYMEMBER DAN QUART, :
in his individual capacity; :
:
                            Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a show-cause hearing is currently scheduled for 2:00 P.M. on May 12, 2020; and

      WHEREAS defense counsel has informed the Court of scheduling conflicts;

      IT IS HEREBY ORDERED that the hearing is adjourned to **5:00 P.M. on May 12, 2020**. All parties and interested members of the public must attend the hearing by dialing 1-888-363-4749, using the access code 3121171 and the security code 3111.

**SO ORDERED.**

Date: May 11, 2020                                    _____
      New York, New York                        **VALERIE CAPRONI**
                                                             **United States District Judge**