# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

DIANE L. HOUK
EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/21/2020

**MEMO ENDORSED**

May 20, 2020

*By ECF*

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Tucker v. Bd. of Elections in the City of New York*, No. 20-cv-03111 (VEC)

Dear Judge Caproni:

Application GRANTED. The Clerk of Court is respectfully directed to terminate all pending motions and deadlines and close the case.

SO ORDERED.   Date: 05/21/2020

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

We represent Plaintiffs in the above-referenced action. Yesterday, the New York State Court of Appeals denied Dan Quart's motion for leave to appeal the Appellate Division, First Department's decision that Cameron Koffman is eligible to be on the ballot for the upcoming Democratic primary election for Member of the Assembly for the 73rd Assembly District. A copy of the Court of Appeals' May 19, 2020 motion decision list is attached as Exhibit A.

Now that Mr. Quart has exhausted his appeals and Mr. Koffman will be on the ballot for the June 23, 2020 primary, we respectfully request leave to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted,

/s/

Richard D. Emery
Samuel Shapiro
Nick Bourland

Encl.   Ex. A. – New York State Court of Appeals May 19, 2020 Motion Decision List